IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER JOE STEPHENS, )
)
    Petitioner, )
)
v. ) CASE NO. CV410-056
)
STATE OF INDIANA, ELKHART SUPERIOR )
COURT 1, ELKHART SUPERIOR COURT 2, )
)
    Respondents. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 7). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation and finds Defendant's objections to be without merit.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation as its Opinion. The § 2254 Petition is **TRANSFERRED** to the **Northern District of Indiana, South Bend Division**, and the **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this 26th day of April, 2010.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner asks that this case remain in the Southern District of Georgia because he is currently being held in Georgia while awaiting extradition to Indiana for pending misdemeanor charges. (See Doc. 4.) However, the extradition will likely occur before this case concludes (see Doc. 3), rendering Petitioner's convenience concern unfounded.